1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   ANDRES CONTRERAS,                          1:09-cv-00994-DLB (HC)

10                        Petitioner,

                                             ORDER AUTHORIZING IN FORMA
11          v.                               PAUPERIS STATUS

12
    CALIFORNIA DEPARTMENT OF
13  CORRECTIONS,

14                        Respondent.
    _____/
15

16          Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus

17  pursuant to 28 U.S.C. § 2254.   Pursuant to 28 U.S.C. § 1915, Petitioner is hereby

18  AUTHORIZED to proceed in forma pauperis.

19

20          IT IS SO ORDERED.

21      **Dated:**   **July 6, 2009**            _____/s/ **Dennis L. Beck**_____
                                             UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28